JPML Form 1
Revised: 8/78

DOCKET NO. 436 -- JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

CAPTION: IN RE ART MATERIALS ANTITRUST LITIGATION

## SUMMARY OF LITIGATION

| Hearing Dates | Orders | | | Transferee | | |
|---|---|---|---|---|---|---|
| June 26, 1980 | Dates Filed | Type | Citation | District | Name of Judge | Assigned From |
| | 8/5/80 | TO | | N.D.Ohio 647 | Robert B. Krupansky | (6th Circuit) |

Special Transferee Information

DATE CLOSED: _____

Honorable Robert B. Krupansky
United States Circuit Judge
United States Court of Appeals
250 United States Courthouse
Cleveland, Ohio 44114

JPML FORM 1

LISTING OF INVOLVED ACTIONS

DOCKET NO. 436 -- In re Art Materials Antitrust Litigation

| Intra-Office Number | Caption | District and Judge | Civil Action Number | Transfer Date | Transferee Docket Number | Date of Dismissal or Remand | Misc. |
|---|---|---|---|---|---|---|---|
| A-1 | Roberts Brothers, Inc. v. American Crayon Co., et al. | D.N.J. ~~Brotman~~ ~~Gerry~~ | 80-790 | AUG 5 1980 | 80-1415 | 11/29/83 D | |
| A-2 | Board of Education of Jefferson County, Kentucky v. Binney & Smith, Inc., et al. | W.D.KY Ballantine | C80-0195-L(B) | AUG 5 1980 | 80-1421 | 8/16/85 D | |
| A-3 | Eisner & Sons, Inc. v. Milton Bradley Co., et al. | E.D.PA Huyett | 80-1732 | AUG 5 1980 | 80-1416 | 11/29/83 | |
| A-4 | Cumberland Farms Dairy, Inc. v. Binney & Smith, Inc., et al. | E.D.PA Cahn | 80-1599 | AUG 5 1980 | 80-1417 | 11/29/83 D | |
| B-5 | Big D. Building Corp., Inc. v. Joseph Dixon Crucible Co., et al. | D.N.J. Gerry | 80-1424 | AUG 5 1980 | 80-1419 | 11/29/83 D | |
| B-6 | John J. Degnan, etc., et al. v. Binney & Smith, Inc., et al. | D.N.J. Gerry | 80-1876 | AUG 5 1980 | 80-1420 | 12/30/85 D | |
| B-7 | Commonwealth of Kentucky v. Binney & Smith, Inc., et al. | W.D.KY Ballantine | C80-0326-L(B) | AUG 5 1980 | 80-1422 | closed | |
| B-8 | State of Maryland, et al. v. Binney & Smith, Inc., et al. | D.Md. ~~Miller~~ | M-80-1569 | AUG 5 1980 | 80-1423 | closed | |
| B-9 | Richard S. Cohen, etc., et al. v. Binney & Smith, Inc., et al. | D.Maine Gignoux | 80-0186 P | AUG 5 1980 | 80-1424 | closed | |
| B-10 | Commonwealth of Massachusetts, et al. v. Binney & Smith, Inc., et al. | D.Mass. Freedman | 80-0173 F | AUG 5 1980 | 80-1425 | closed | |

Litigation noted as closed per correspondence from J. Krupansky dtd. 4/2/87

DOCKET NO. 436 -- In re Art Materials Antitrust Litigation

| Intra-Office Number | Caption | District and Judge | Civil Action Number | Transfer Date | Transferee Docket No. | Date of Dismissal or Remand | Misc. |
|---|---|---|---|---|---|---|---|
| B-11 | State of Minnesota v. Binney & Smith, Inc., et al. | D.Minn. Murphy | 4-80-350 | AUG 5 1980 | 80-1426 | 7/26/85 D | |
| B-12 | State of Vermont v. Binney & Smith, Inc., et al. | D.Vermont Coffrin | 80-172 | AUG 5 1980 | 80-1427 | closed | |
| B-13 | State of New Hampshire v. Binney & Smith, Inc., et al. | N.Hamp. Loughlin | C80-295-L | AUG 5 1980 | 80-1428 | closed | |
| B-14 | State of Rhode Island, et al. v. Binney & Smith, Inc., et al. 8/8/80 | D.R.I. Pettine | 80-0313 | 8/26/80 | 80-1578 | closed | |
| B-15 | Roebling Stationery v. Americ. Crayon Co., et al. 8/8/80 | E.D.N.Y. Nickerson | 80-1375 | 8/26/80 | 80-1577 | 11/29/83 D | |
| B-16 | State of Delaware, etc. v. Binney & Smith, Inc., et al. 8/13/80 | D.Dela. Latchum | 80-380 | 8/26/80 | C80-1618 | 7/16/85 D | |
| B-17 | State of West Virginia, etc. v. Binney & Smith, Inc., et al. 8/13/80 | S.D.W.Va. Knapp | 80-2334 | | 80-1619 | 7/26/85 | |
| B-18 | Bureau of Engraving, Inc. v. Binney & Smith, Inc., et al. 9/25/80 | E.D.PA Cahn | 80-3570 | 10/14/80 | 80-1928 | 11/29/83 D | |
| B-19 | Pearson's Music Shop Co., d/b/a Pearson's Music and Art Shop v. Binney & Smith, Inc., et al. 10/19/80 | N.D.Ill. McMillen | 80 C 5732 | DEC 5 1980 | 80-2288 | 11/29/83 D | |
| B-20 | State of Michigan, etc. v. Binney & Smith, Inc., et al. 2/3/81 | W.D.Mich Enslen | G81-014-CA5 | 2/19/81 | 81-283 | 7/26/85 | |

July 1981 — 20 TR/8 XYZ/20 Pdg.

DOCKET NO. 436 -- _____

| Intra-Office Number | Caption | District and Judge | Civil Action Number | Transfer Date | Transferee Docket No. | Date of Dismissal or Remand | Misc. |
|---|---|---|---|---|---|---|---|
| B-21 | State of Iowa v. Binney & Smith, Inc., et al. | S.D. Iowa Stuart | 82-90 A | | | 6/4/82* | not 3/ 7/6/83 * Rem. to Iowa St. Court |
| B-22 | State of Connecticut, et al. v. Binney & Smith, Inc., et al. 9/20/82 | D. Conn. Clarie | H82-792 | 10/13/82 | 82-2808 | closed | |
| | July 1983 - 1 TR / 21 Pdg. | | | | | | |
| C-23 | State of Louisiana v. Binney & Smith, Inc., et al. | E.D. La. McNamara | 83-2599 Sect. D Mag. 4 | 7/18/83 | 83-3022 | 7/26/84 D | |
| | July 1984 - 1 TR / 7 Dis / 15 Pdg. | | | | | | |
| C-24 | Berlin Industries, Inc. v. Binney & Smith, Inc., et al. 8-23-84 closed 9-7-84 | N.D. Ill. McMillen | 84C-5820 | 11-2-84 | 84-3449 | closed | |
| | July 1985 - 1 TR; 16 Pdg. | | | | | | |
| D-25 | Board of Education of the City of New York v. Binney Smith, Inc., et al. 7-85 | E.D.N.Y. Sifton | CV-85-3234 | 9/25/85 | 85-2868 | closed | |
| | July 1986 - 1 TR; 7 Dis; 10 Pdg. | | | | | | |
| | July 1987 - 10 Dis - Docket Closed | | | | | | |

JPML Form 4

ATTORNEY SERVICE LIST
JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

DOCKET NO. 436 -- IN RE Art Materials Antitrust Litigation

LIAISON COUNSEL FOR PLAINTIFFS
S. LEE KORMAN, ESQUIRE
Korman, Jackson & Weiss
1600 Central National Bank Bldg.
Cleveland, Ohio  44114

NEAL RAINS, ESQUIRE
Arter & Hadden
1144 Union Commerce Bldg.
Cleveland, Ohio  44115

MILTON BRADLEY COMPANY
Richard G. Schultz, Esquire
Foran, Weiss, & Schultz
30 North LaSalle Street
Suite 3010
Chicago, Illinois  60602

AMERICAN ART CLAY CO., INC.
Joseph W. Burns, Esquire
Fanelli, Burns & Neville
277 North Avenue
New Rochelle, New York  10801

JOSEPH DIXON CRUCIBLE COMPANY
AMERICAN CRAYON CO.
John F. McClatchey, Esquire
Thompson, Hine and Flory
1100 National City Bank Building
Cleveland, Ohio  44114

BINNEY & SMITH, INC.
Bruce A. Hecker, Esquire
Shea & Gould
330 Madison Avenue
New York, New York  10017

JPML Form 4

ATTORNEY SERVICE LIST
JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

DOCKET NO. 436 -- IN RE ART MATERIALS ANTITRUST LITIGATION

---

ROBERTS BROTHERS, INC. (A-1)
Warren Rubin, Esq.
Gross & Sklar, P.C.
1630 Locust Street
Philadelphia, Pennsylvania  19103

BOARD OF EDUCATION OF JEFFERSON
   COUNTY, KENTUCKY (A-2)
Steven Kapustin, Esquire
Kramer and Salus
Seventh Floor, 1520 Locust Street
Philadelphia, Pa.  19102

EISNER & SONS, INC. (A-3)
Merrill G. Davidoff, Esq.
Berger & Montague, P.C.
1622 Locust Street
Philadelphia, Pennsylvania  19103

CUMBERLAND FARMS DAIRY, INC. (A-4)
David H. Marion, Esq.
Kohn, Savett, Marion & Graf, P.C.
1214 IVB Building
1700 Market Street
Philadelphia, Pennsylvania  19103

MILTON BRADLEY COMPANY
Richard G. Schultz, Esq.
Foran, Wiss & Schultz
30 North LaSalle Street
Suite 3010
Chicago, Illinois  60602

AMERICAN ART CLAY CO., INC.
Joseph W. Burns, Esq.
Fanelli, Burns & Neville
277 North Avenue
New Rochelle, New York  10801

JOSEPH DIXON CRUCIBLE COMPANY
AMERICAN CRAYON CO.
John F. McClatchey, Esq.
Thompson, Hine and Flory
1100 National City Bank Building
Cleveland, Ohio  44114

BINNEY & SMITH, INC.
Bruce A. Hecker, Esq.
Shea & Gould
330 Madison Ave.
New York, New York  10017

JPML FORM 4A -- Continuation

Panel Attorney Service List -- p. 2

DOCKET NO. 436 -- In re Art Materials Antitrust Litigation

---

BIG D BUILDING SUPPLY CORP, INC. (B-5)
Philip Stephen Fuoco, Esquire
35 Kings Highway East
P.O. Box 3000
Haddonfield, New Jersey  08033

JOHN J. DEGNAN, ETC., ET AL. (B-6)
Laurel A. Price
Antitrust Section, Div. of
  Criminal Justice
13 Roszel Road, C.N. 14
Princeton, New Jersey  08540

COMMONWEALTH OF KENTUCKY (B-7)
James M. Ringo, Esquire
Asst. Attorney General
Director, Antitrust Division
209 St. Clair St., Fourth Floor
Frankfort, Kentucky  40601

STATE OF MARYLAND, ET AL. (B-8)
Stephen H. Sachs
131 East Redwood Street
Suite 701
Baltimore, Maryland  21202

RICHARD S. COHEN (B-9)
Cheryl Harrington
Dept. of Attorney General
Consumer & Antitrust Division
State Office Building
Augusta, Maine  04333

COMMONWEALTH OF MASSACHUSETTS, ET AL.
(B-10)
Francis X. Bellotti, Esq.
Alan L. Kovacs
Public Protection Bureau
One Ashburton Place, Room 1902
Boston, Massachusetts  02108

STATE OF MINNESOTA (B-11)
Stephen P. Kilgriff, Esq.
Antitrust Division
2nd Fl., Ford Building
117 University Avenue
St. Paul, Minnesota  55155

STATE OF VERMONT (B-12)
Glenn A. Jarrett, Esq.
Asst. Attorney General
109 State Street
Montpelier, Vermont  05602

STATE OF NEW HAMPSHIRE (B-13)
Gregory H. Smith, Esq.
Edward E. Lawson, Esq.
State House Annex
Concord, New Hampshire  03301

STATE OF RHODE ISLAND, ET AL. (B-14)
Winfield W. Major
Patrick J. Quinlan
86 Weybosset Street
Suite 555
Providence, Rhode Island  02903

ROEBLING STATIONERY (B-15)
Pomerantz Levy Haudek & Block
295 Madison Avenue
New York, New York  10017

STATE OF DELAWARE, ETC. (B-16)
William E. Kirk, III
Deputy Attorney General
820 North French Street
Wilmington, Delaware  19801

STATE OF WEST VIRGINIA, ETC. (B-17)
J. Bradley Pigott
Assistant Attorney General
Antitrust Division
Office of the Attorney General
3410 Staunton Avenue, S.E.
Charleston, West Virginia  25304

JPML FORM 4A -- Continuation

Panel Attorney Service List -- p. 3

DOCKET NO. 436 -- In re Art Materials Antitrust Litigation

---

BUREAU OF ENGRAVING, INC. (B-18)
Seymour Kurland, Esquire
Barry F. Schwartz, Esquire
Roberta D. Liebenberg, Esquire
Burt M. Rublin, Esquire
Denis D. Colliers, Esquire
Wolf, Block, Schorr & Solis-Cohen
12th Floor Packard Building
Philadelphia, PA 19102

PEARSON'S MUSIC SHOP CO., D/B/A
PEARSON'S MUSIC AND ART SHOP (B-19)
Lowell E. Sachnoff, Esquire
Schnoff, Schrager, Jones, Weaver
 & Rubenstein, Ltd.
One IBM Plaza, Suite 4700
Chicago, Illinois 60611

STATE OF MICHIGAN, ETC. (B-20)
Frank J. Kelley, Esquire
Assistant Attorney General
6520 Mercantile Way
Suite #3
Lansing, Michigan 48913

STATE OF IOWA (B-21)
John R. Perkins, Esq.
Asst. Attorney General
Hoover Bldg.
Des Moines, Iowa 50319

STATE OF CONNECTICUT, ET AL. (B-22)
Carl R. Ajello
Office of the Attorney General
30 Trinity Street
Hartford, Conneticut 06106

---

STATE OF LOUISIANA (C-23)
John R. Flowers, Jr., Esq.
Attorney General's Office
Department of Justice
Suite 700
234 Loyola Avenue
New Orleans, Louisiana 70112

BERLIN INDUSTRIES, INC. (C-24)
Jay A. Canel, Esquire
John K. Kallman, Esquire
Thomas F. Geselbracht, Esquire
30 N. LaSalle Street
Suite 2800
Chicago, Illinois 60602

BOARD OF EDUCATION OF THE CITY OF NEW YORK (D-25)
Jill A. Gross, Esq.
Assistant Attorney General
Room 4579
Two World Trade Center
New York, New York 10047

Lin B. Saberski, Esq.
Assistant Corporation Counsel
100 Church Street
Room 6D-10
New York, New York 10007

JPML FORM 2A -- Continuation

Counsel of Record -- p._____

DOCKET NO. 436 -- In re Art Materials Antitrust Litigation

| | |
|---|---|
| NOTICE OF OPPOSITION (filed 9-7-84)<br><br>BERLIN INDUSTRIES, INC. (C-24)<br>Thomas F. Geselbracht, Esquire<br>Rudnick & Wolfe<br>30 North LaSalle Street<br>Suite 2800<br>Chicago, Illinois 60602 | |

JPML FORM 3

p. _____

COMMON PARTY CHECKLIST -- JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

DOCKET NO. 436 -- In re Art Materials Antitrust Litigtion

| Name of Party | Named as Party in Following Actions |
|---|---|
| American Crayon Co. ✓ | A-1, A-2, A-3, A-4, B-6, B-7, B-9, B-11, B-12, B-13, 14, 15, 16, 17, B-18, B-19, B-20, 22, C-24 |
| American Art Clay Co. | A-1, A-2, A-3, A-4, B-5, B-6, B-7, B-8, B-9, B-10, B-11, B-12, B-13, 14, 15, 16, 17, B-18, B-19, B-20, B-21, 22, C-23, C-24, D-25 |
| Milton Bradley | A-1, A-2, A-3, A-4, B-5, B-6, B-7, B-8, B-10, B-11, B-12, B-13, 14, 15, 16, 17, B-18, B-19, B-20, B-21, B-22, C-23, C-24, D-25 |
| Binney & Smith, Inc. | A-1, A-2, A-3, A-4, B-5, B-6, B-7, B-8, B-9, B-10, B-11, B-12, B-13, B-14, 15, 16, 17, B-18, B-19, B-20, B-21, B-22, C-23, C-24, D-25 |
| Joseph Dixon Crucible Co. | A-2, A-3, A-4, B-5, B-6, B-7, B-8, B-9, B-10, B-11, B-12, B-13, 14, 16, 17, B-18, B-19, B-20, B-21, 22, C-23, C-24, D-25 |
| New England School Supply Co. Sub. Milton Bradley | B-22 |
| Dixon Ticonderoga Co. | D-25 |
| | |
| | |
| | |